UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD SANDERSON, ET AL. | § | CIVIL ACTION NO. 09-7336 |
| Plaintiffs | § | |
| | § | SECTION: "N" |
| VS. | § | |
| | § | JUDGE: ENGLEHARDT |
| SHELL OIL COMPANY, ET AL. | § | |
| Defendants | § | MAGISTRATE: ROBY |

### Motion for Leave to File Supplemental Memorandum in Support of Motion to Exclude Testimony of Defendants' Putative Certified <u>Industrial Hygienist John Spencer</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, RICHARD A. SANDERSON, ET AL., respectfully request that this court grant them leave to file a supplemental memorandum in Support of Motion to Exclude Defendant's Putative Certified Industrial Hygienist John Spencer. [Record #37] Plaintiffs' believe this additional memorandum is necessary to address issues raised in Shell Oil Company's' response and to address inaccurate statements made by Mr. Spencer and Shell.

WHEREFORE, Plaintiffs pray that this Court issue an order granting Plaintiffs' Motion for Leave of Court to file a Supplemental Memorandum in Support of Motion to Exclude Defendant's Putative Certified Industrial Hygienist John Spencer

Respectfully submitted,

L. ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
3000 W. Esplanade Ave.
Metairie, Louisiana  70002
Telephone: (504) 832-9898
Facsimile:  (504) 834-1511
eric@amlbenzene.net

&

 /s/ Amber E. Cisney_____
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609

rick@rjfernandez.net  
amber@amlbenzene.net  
**ATTORNEY FOR PLAINTFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding by email or facsimile on this 17th day of September, 2010.

                                          ____/s/Amber E. Cisney_____  
                                                  Amber E. Cisney