UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD SANDERSON, ET AL. | § | CIVIL ACTION NO. 09-7336 |
| Plaintiffs | § | |
| | § | SECTION: "N" |
| VS. | § | |
| | § | JUDGE: ENGLEHARDT |
| SHELL OIL COMPANY, ET AL. | § | |
| Defendants | § | MAGISTRATE: ROBY |

**ORDER**

CONSIDERING THE FOREGOING; Motion for Leave of Court to File a Supplemental Memorandum in Support of Motion to Exclude Defendant's Putative Certified Industrial Hygienist John Spencer. [Rec. 37]

IT IS ORDERED, that RICHARD A. SANDERSON, ET AL., are hereby granted leave to file a Supplemental Memorandum in Support of Motion to Exclude Defendant's Putative Certified Industrial Hygienist John Spencer.

Orleans Parish, signed this 22nd day of September, 2010.

_____
Judge