IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD SANDERSON, ET AL., | § | CIVIL ACTION NO. 09-7336 |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Section: N |
| | § | |
| SHELL OIL COMPANY, ET AL., | § | |
| | § | |
| *Defendants.* | § | Magistrate: 4 |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' PUTATIVE CERTIFIED INDUSTRIAL HYGIENIST JOHN SPENCER

Defendants Shell Oil Company and Shell Chemical LP (Shell) respectfully submit this Motion for Leave To File Supplemental Memorandum In Opposition To Plaintiffs' Motion To Exclude Testimony Of Defendants' Putative Certified Industrial Hygienist John Spencer, for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted:

/s/ Allison N. Benoit
Gary A. Bezet (#3036)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Allison N. Benoit (#29087)
KEAN MILLER HAWTHORNE D'ARMOND
MCCOWAN & JARMAN LLP
Eighteenth Floor
One American Place
301 Main Street
Baton Rouge, Louisiana 70825
Telephone:   (225) 387-0999
Facsimile:    (225) 388-9133
Allison.Benoit@keanmiller.com


/s/ Marty Thompson
STAN PERRY
Texas Bar No. 15799920

MARTY E. THOMPSON
Texas Bar No. 24037598
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2039
Facsimile: (713) 236-5455
*Attorneys for Shell Oil Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ Allison N. Benoit