# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD SANDERSON, ET AL., | § | CIVIL ACTION NO. 09-7336 |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Section: N |
| | § | |
| SHELL OIL COMPANY, ET AL., | § | |
| | § | |
| *Defendants.* | § | Magistrate: 4 |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave To File Supplemental Memorandum In Opposition To Plaintiffs' Motion To Exclude Testimony Of Defendants' Putative Certified Industrial Hygienist John Spencer, filed on behalf of Defendants Shell Oil Company and Shell Chemical LP,

IT IS ORDERED that the Motion for Leave To File Supplemental Memorandum In Opposition To Plaintiffs' Motion To Exclude Testimony Of Defendants' Putative Certified Industrial Hygienist John Spencer is GRANTED.

IT IS FURTHER ORDERED that the Supplemental Memorandum In Opposition To Plaintiffs' Motion To Exclude Testimony Of Defendants' Putative Certified Industrial Hygienist John Spencer be filed into the record.

New Orleans, Louisiana, signed this 24th day of September, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

2047078-1