UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD SANDERSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-7336 |
| SHELL OIL COMPANY, ET AL | SECTION "N" (4) |

**ORDER**

Having considered the parties' submissions, **IT IS ORDERED** that:

1. Plaintiffs' Motion to Exclude Testimony of Toxicologist David Pyatt (Rec. Doc. 34) is **DENIED** as to general causation, but, given the lack of opposition, **GRANTED** as to specific causation.

2. Plaintiffs' Motion to Exclude Testimony of Mechanic Glenn Cupit (Rec. Doc. 35) is **DENIED**. Although it appears that much of the testimony to be offered by Mr. Cupit is factual, he, based on his experience, can opine regarding "normal and acceptable repair shop practices."

3. Plaintiffs' Motion to Exclude Testimony of Oncologist Michael Thirman (Rec. Doc. 36) is **DENIED**.

4. Plaintiffs' Motion to Exclude Testimony of Industrial Hygienist John Spencer (Rec. Doc. 37) is **REFERRED TO TRIAL** for consideration.

1

5. Plaintiffs' Motion to Exclude Testimony of Epidemiologist Kenneth Mundt (Rec. Doc. 38) is **DENIED**.

New Orleans, Louisiana, this 19th day of October 2010.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy**:
Magistrate Judge Roby